# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Rossyveth Rey-Berrios**<br>Plaintiff<br><br>vs.<br><br>**US Department of Homeland Security, et al**<br>Defendant | **CIVIL CASE 15-1388 (JAF)** |

## JUDGMENT

On the basis of Docket [21] *Notice of Voluntary Dismissal*, Judgment is entered dismissing this action without prejudice.

In San Juan, Puerto Rico, this 16th day of July, 2015.

**Frances Rios de Moran, Esq.**
Clerk of Court

**S/ Natassia Ochoa**
Natassia Ochoa
Deputy Clerk